UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JASMINE KHAN,

       Plaintiff,

   v.

INVESTMENT RETRIEVERS, INC.,

       Defendant.
_____/

NO. 2:09-CV-03151- FCD-DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representation of plaintiff, in the above action, the court has determined that this case has settled.

    In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before March 29, 2010. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: January 26, 2010.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE